# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEVONTAY ALEXANDER**  **PETITIONER**
Reg. #62782-037

v.  4:22-cv-01147-BRW-JJV

**JOHN P. YATES, Warden,**
**FCC Forrest City**  **RESPONDENT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. Nos. 1-2) is DISMISSED without prejudice and the requested relief is DENIED.

IT IS SO ORDERED this 7th day of February, 2023.


　　　　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE